November 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

STAFFORD MUNICIPAL SCHOOL DISTRICT, Appellant

NO. 14-13-00882-CV                    V.

THE HANOVER INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Hanover Insurance Company, signed September 20, 2013, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and we **RENDER** judgment granting the plea to the jurisdiction filed by appellant, Stafford Municipal School District, and dismissing with prejudice the claims of appellee, The Hanover Insurance Company.

We further order that all costs incurred by reason of this appeal be paid by appellee, The Hanover Insurance Company.

We further order this decision certified below for observance.